UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE LOPEZ VILLANEDA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>Defendant. | No. 2:25-cv-02584-MWC-JC<br><br>JUDGMENT OF REMAND<br><br>JS-6 |

1   IT IS ORDERED AND ADJUDGED that this case is reversed and remanded
2   pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social
3   Security for payment of benefits based on disability since April 22, 2021, pursuant
4   to this Court's ORDER of remand, issued on July 22, 2025.

6   DATED: July 22, 2025                            _____
7                                                   HONORABLE MICHELLE WILLIAMS COURT
8                                                   UNITED STATES DISTRICT JUDGE