ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com
Attorney for Plaintiff Maria Guadalupe Lopez Villaneda

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA GUADALUPE LOPEZ VILLANEDA,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO[1] , Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 2:25-cv-02584-JC<br><br>ORDER GRANTING/ AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>Docket No. 15 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND TWO HUNDRED SEVENTY THREE DOLLARS and NINETY TWO CENTS ($3,273.92), and Court costs in

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Frank Bisignano is hereby substituted as the Defendant in this action.

the amount of FOUR HUNDRED FIVE DOLLARS and NO CENTS ($405.00), as authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated:   August 13, 2025

                                       /s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE